Charlie Coby, Plaintiff-Appellee, v. John Turner, Defendant-Appellant.

Gen. No. 10,903. (Abstract of Decision.)

Second District.
March 20, 1956.
Rehearing denied April 11, 1956.
Released for publication April 12, 1956.

John R. Snively, for appellant; Angelo N. Gaziano, for appellee.
Opinion by JUSTICE EOVALDI. Not to be published in full.